THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAITT OPERATING CO., INC., Respondent, v. HENRY M. GOLD-FOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*Tax — assessment — tax exemption ordinance — reduction of assessment for local taxation.*

People ex rel. *Waitt Operating Co., Inc.,* v. *Goldfogle,* 208 App. Div. 834, affirmed.

(Argued September 30, 1924; decided October 21, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1924, which unanimously affirmed an order of Special Term reducing an assessment for taxation, for the year 1922, upon property of the relator in the borough of Manhattan, city of New York. Relator claimed a partial exemption from local taxation under a tax exemption ordinance of the city of New York.

*George P. Nicholson,* Corporation Counsel (*William H. King* and *Isaac Phillips* of counsel), for appellants.

*Frederic H. McCoun* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOHN S. KELLNER, Appellant, v. EDWARD KENER, JR., Respondent, Impleaded with Others.

*Contract — former adjudication — limitation of actions — release — Statute of Frauds — motion for judgment on pleadings granted.*

*Kellner* v. *Kener,* 209 App. Div. 844, affirmed.

(Argued October 1, 1924; decided October 21, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1924, unanimously affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint as to him by the court at Special Term on a motion for judgment upon the pleadings. The grounds of the motion were former

adjudication of the cause of action at issue; that it was barred by the Statute of Limitations; that the claim set forth in the complaint had been released and that the alleged contract was void under the Statute of Frauds. (See 234 N. Y. 521.)

*Simon Fleischmann, Benjamin S. Dean* and *Martin Clark* for appellant.

*Wilber E. Houpt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of CHARLES S. SMITH et al., Respondents, for a Peremptory Mandamus against THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, Appellant.

*New York city — street closing — mandamus to compel institution of proceedings to determine compensation for injury to property.*

*Matter of Smith* v. *O'Brien,* 209 App. Div. 813, affirmed.

(Argued October 1, 1924; decided October 21, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1924, which affirmed an order of Special Term granting a motion for an order of peremptory mandamus to compel the corporation counsel of the city of New York to institute proceedings to determine the compensation to be paid to respondents for injury to their property by reason of the closing and discontinuance of Bronx avenue in the borough of The Bronx, city of New York.

*George P. Nicholson, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for appellant.

*Lawrence E. French* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.